IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON D. MARCUS, | ) | No. C 10-03805 JF (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| D. A. ADAMS, et al., | ) | |
| Defendants. | ) | |

On August 26, 2010, Plaintiff filed a complaint in pro se pursuant to 42 U.S.C. § 1983, and documents which would support an application to proceed in forma pauperis. (See Docket No. 3.) However, Plaintiff failed to submit the application itself. On the same day, the clerk of the Court sent Plaintiff a notice advising him that the action would be dismissed if he did not submit the correct form or pay the full filing fee within thirty days of the notice. (See Docket No. 2.) The deadline has passed, and Plaintiff has failed to file a completed in forma pauperis application. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

The clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: 10/25/10

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.10\Marcus03805_dism-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AARON D MARCUS,

        Plaintiff,

v.

D.G. ADAMS, et al.,

        Defendants.

Case Number: CV10-03805 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/29/10, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aaron D. Marcus K-53046  
Pelican Bay State Prison  
P.O. Box 7500  
Crescent City, CA 95532

Dated: 10/29/10

Richard W. Wieking, Clerk